1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  ISMAEL ALFARO,                    )    No. C 08-2171 MHP
                                      )
13                 Petitioner,        )    [PROPOSED] ORDER GRANTING
                                      )    ADMINISTRATIVE MOTION FOR
14      v.                            )    LEAVE TO FILE MOTION TO
                                      )    DISMISS PETITIONER'S COMPLAINT
15  MICHAEL MUKASEY, Attorney General )
    of the United States; et al.,     )    Date:   July 14, 2008
16                                    )    Time:   2:00 p.m.
                   Respondents.       )    Ctrm: 15, 18th Floor
17  _____ )

18          The Court, having considered the briefing regarding Respondents' administrative motion for

19  leave to file a motion to dismiss the complaint, IT IS HEREBY ORDERED that:

20          Respondents shall be permitted to file the motion to dismiss.

21          The hearing date on this motion shall be July 14, 2008.

22

23  DATED:_ June 6, 2008 _____

24                                        _____
                                          MARILYN ...
25                                        U.S. D...

26

27

28

PROPOSED ORDER
C 08-2171 MHP                    1