LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FAX (415) 391 4678
FRANK P. SPROULS State Bar #166019
Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ismael Alfaro<br>Petitioner/Appellant<br><br>v.<br>Michael MUKASEY<br>ATTORNEY GENERAL OF THE UNITED STATES AND<br>David Still,<br>Acting District Director, San Francisco Office, U.S. IMMIGRATION AND NATURALIZATION SERVICE<br>Respondent. | C 08-2171 MHP<br>Date: July 14, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15, 18th Floor<br><br>**Stipulation to vacate above Date and Reschedule Petitioner's Response To Motion to Dismiss/ Stipulation to a new Hearing Date** |

On June 5, 2008 Respondent filed a Motion to Dismiss the complaint in the above captioned action.

Respondent noticed July 14, 2008 for a Hearing.

Petitioner's opposition to the Motion was due on June 23, 2008.

Petition for Declaratory Judgment, Alfaro v. Mukasey c-08- 2171          1

1  Petitioner did not receive the Motion through the E-Filing
2  process, although it is clear that the matter was electronically
3  sent to the correct E-Mail address and the fault appears to be
4  technological.
5  Petitioner has changed his E-mail address to the Court to
6  correct this problem. (Declaration of petitioner's counsel)
7  The parties hereby stipulate and agree to the following
8  amended schedule and Hearing Date on the Respondent's Motion to
9  Dismiss for lack of Jurisdiction.
10      July 21, 08 - Petitioner's Opposition;
11      July 28, 08 - Respondent's Response;
12      Hearing Date: Aug 11, 08
13
14  Dated: 6-30 2008
15
16  Frank P. Sprouls                    Melanie Proctor
17
18  Attorney for Petitioner             Assistant US Attorney
19
20                          (Proposed) Order
21  Pursuant to the parties Stipulation, IT IS SO ORDERED.
22
23
24  Marilyn H[...]
25  United Sta[...]

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and Order Mukasey c-08-2171

2

**PROOF OF SERVICE –**
**Case name   - Alfaro – 08-2171 MHP**

I, William Sprouls, the undersigned do hereby declare and affirm as follows;

I am employed at the law Office of Ricci and Sprouls at 445 Washington Street, San Francisco, CA and I am not a party to this action.

That on _____/08

Stipulation to set new Schedule
----x-----Regular mail
___X___ E- File

--- X--- Personal Delivery To: _____
Melanie Proctor, Esq
__x____ US ATTORNEYS OFFICE
CIVIL DIVISION
450 Golden Gate Ave.
San Francisco, CA


DISTRICT DIRECTOR INS
CITIZENSHIP UNIT
630 SANSOME STREET
SAN FRANCISCO, CA 94111

Dated____6-30____ 2008


_____
WILLIAM SPROULS