1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6 |    Telephone: (415) 436-6730
   FAX: (415) 436-7169
7 |
Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISMAEL ALFARO, | No. C 08-2171 MHP |
|           Petitioner, | |
| v. | |
| MICHAEL MUKASEY, Attorney General of the United States; et al., | JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS |
|           Respondents. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Petitioner's request that this Court declare Petitioner prima facie eligible for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference

1  and any further formal ADR process.

2  Dated: July 21, 2008                    Respectfully submitted,

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

5                                          _____/s/_____
                                           MELANIE L. PROCTOR[1]
6                                          Assistant United States Attorney
                                           Attorneys for Defendants

8  Dated: July 22, 2008                    _____/s/_____
9                                          FRANK SPROULS
                                           Attorney for Plaintiff

11                              **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.

14  Date: 7/22/2008

15                                         MARILYN H. PATEL
                                           United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-2171 MHP                    2