1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
   Attorneys for Respondents

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12 | ISMAEL ALFARO,                    )   No. C 08-2171 MHP
                                       )
13 |               Petitioner,         )
                                       )
14 |      v.                           )   JOINT MOTION TO CHANGE TIME OF
                                       )   CASE MANAGEMENT CONFERENCE
15 | MICHAEL MUKASEY, Attorney General )
     of the United States; et al.,     )   Date: August 11, 2008
16 |                                   )   Time: 4:00 p.m.
                   Respondents.        )
17 |  _____)

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

JOINT MOTION
C 08-2171 MHP                          1

Pursuant to the Court's scheduling order dated April 28, 2008, the parties are to appear for a Case Management Conference on August 11, 2008, at 4:00 p.m. Respondents' Motion to Dismiss will be heard on August 11, 2008 at 2:00 p.m. Accordingly, the parties hereby move the Court to hold the Case Management Conference immediately following the hearing on Respondents' Motion.

Dated: July 31, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: July 31, 2008

/s/
FRANK SPROULS
Attorney for Petitioner

## ~~PROPOSED~~ ORDER

Pursuant to the agreement of the parties, IT IS SO ORDERED. The Joint Case Management Conference shall follow the hearing on Respondents' Motion to Dismiss.

Date: 8/1/2008

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-2171 MHP                               2