LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FAX (415) 391 4678
FRANK P. SPROULS State Bar #166019
Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ismael Alfaro<br>Petitioner/Appellant<br><br>v.<br>Michael Mukasey<br>ATTORNEY GENERAL OF THE UNITED STATES AND<br>David Still,<br>Acting District Director, San Francisco Office, U.S.<br>IMMIGRATION AND NATURALIZATION SERVICE<br>Respondent. | C-08-2171 MHP<br><br>STIPULATED MOTION TO DISMISS<br><br>Date: 11/17/08<br>Time: 2:00<br>Ctrm. 15, 18th Floor |

Petitioner filed a "Renewed Motion to Terminate" with the Immigration Judge and the Court set the matter to an Individual Merits Hearing on the Motion to Terminate in order to apply for Citizenship.

Stipulated Motion to Dismiss, Alfaro v. Mukasey, c-08-2171 MHP          1

That was the precise relief Petitioner was seeking by way of the Request for Declaratory Judgment and this action has been rendered Moot.

Therefore, the parties stipulate and agree that the instant action should be dismissed.

The parties also stipulate and agree that the status conference set for 11/17/08 is necessarily vacated.

Dated: 9-26, 2008

_____
Frank P. Sprouls
Attorney for Petitioner

_____
Melanie Proctor
Assistatant US Attorney

BASED ON THE STIPULATION OF THE PARTIES, THE INSTANT ACTION IS HEREBY DISMISSED.

_____
Marilyn Hall Patel
US District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Stipulated Motion to Dismiss, Alfaro v. Mukasey, c-08-2171 MHP